**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7752**
_____

BOBBY RAY GRADY,

                   Plaintiff – Appellant,

       v.

CAREY WINDERS; FANE GREENFIELD, Major; DEPUTY BIGGINS;
KEITH HARTZOG, Detective Sergeant; CARL E. LANCASTER,
Lieutenant; KENNETH LUPTON, Sergeant,

                   Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle,
District Judge. (5:11-ct-03257-BO)

_____

Submitted: February 20, 2013     Decided: February 25, 2013

_____

Before MOTZ, SHEDD, and DAVIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Bobby Ray Grady, Appellant Pro Se. Christopher John
Derrenbacher, PATTERSON DILTHEY, LLP, Raleigh, North Carolina,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Ray Grady appeals from the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. Grady v. Winders, No. 5:11-ct-03257-BO (E.D.N.C. Oct. 4, 2012). In addition, we decline to consider claims raised for the first time on appeal. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). Finally, we note that certain of Grady's claims appear to be prematurely filed. See Heck v. Humphrey, 512 U.S. 477, 486-87 (1994). However, because the complaint was dismissed without prejudice, Grady is not barred from refiling his complaint if he can cure the defects in exhaustion on the claims required to be exhausted or once his claims have actually accrued under Heck. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2